# PORTALE | RANDAZZO

James A. Randazzo, Esq.
jrandazzo@portalerandazzo.com
Direct Dial: 914-359-2410

January 28, 2020

<u>VIA ECF</u>

Honorable Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    **Roxan Denton-Lotts v. Putnam County Personnel Department, et al.**
              **19-CV-04680 (NSR)**

Dear Judge Román:

    This firm represents the Defendants and I am writing with consent to request that the initial conference scheduled for Friday, January 31 at 11:30 a.m. be adjourned to the morning of February 14, 20 or 21. I am unavailable on January 31 because I have to attend a court-ordered deposition of an inmate at a correctional facility in another matter.

    Thank you for your courtesies.

                                  Respectfully,

                                  */s/ James A. Randazzo*
                                  James A. Randazzo

JAR/cp
cc:    Counsel of Record (Via ECF)

*[Handwritten endorsement:]* Initial Pretrial Conf. on Jan. 31, 2020 is adjourned sine die. Counsel directed to submit a completed Case Management Plan to chambers on or before Jan. 31, 2020. Clerk of the Court requested to terminate the motion (doc. 12). Dated: Jan. 28, 2020

SO ORDERED:

*/s/ Nelson S. Román*

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DATE FILED: 1/28/2020]*